**Opinion issued March 31, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-26-00212-CV

_____

**COLORADO COUNTY DEVELOPMENT GROUP, LLC D/B/A TRUCARE LIVING CENTERS - COLUMBUS, Appellant**

**V.**

**RENA  SHELTON, Appellee**

---

**On Appeal from the 2nd 25th District Court**
**Colorado County, Texas**
**Trial Court Case No. 26887**

---

## MEMORANDUM OPINION

Appellant, Colorado County Development Group, LLC d/b/a Trucare Living Center-Columbus, has filed a motion for voluntary dismissal of this appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.  42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.